| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CIVIL MINUTES - GENERAL | JS-6 |

| Case No. | ED CV 20-790-DMG (SPx) | Date | March 1, 2021 |
|---|---|---|---|

| Title | *Stephen Harris, et al. v. World Savings Bank, FSB, et al.* |
|---|---|

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On January 8, 2021, the Court ordered Plaintiff to show cause in writing, no later than February 26, 2021, why the above-entitled action should not be dismissed for failure to prosecute. [Doc. ## 7, 12.] To date, Plaintiff has not filed a response and the time has passed.

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.